UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JUN 22 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS



| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff - Appellant,<br><br>v.<br><br>ADRIAN FONTES, in his Official Capacity as Secretary of State for the State of Arizona,<br><br>Defendant - Appellee. | No. 26-3609<br><br>D.C. No. 2:26-cv-00066-SMB<br>District of Arizona,<br>Phoenix<br><br>ORDER |

The motion (Docket Entry Nos. 8 & 9) to stay appellate proceedings is granted. The briefing schedule is vacated.

Appellate proceedings are stayed until resolution of *United States v. Oregon*, No. 26-1231, and *United States v. Weber*, No. 26-1232, or until further order of the court.

Appellant must file a status report on September 14, 2026, and every 90 days thereafter while resolution of *United States v. Oregon* and *United States v. Weber* remains pending.

Appellant must file a status report and motion for further relief within 7 days after resolution of *United States v. Oregon* or *United States v. Weber*.

Failure to file a status report may terminate the stay of appellate proceedings.

2

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

2