IN THE UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

No. 26-3609

UNITED STATES OF AMERICA,

Plaintiff-Appellant

v.

ADRIAN FONTES, in his official capacity as Secretary of State for the State of Arizona,

Defendant-Appellee

ON APPEAL FROM THE ORDER OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ARIZONA

**UNITED STATES' STATUS REPORT**

In accordance with this Court's order of June 22, 2026, counsel for the United States files this Status Report and states as follows:

1. This appeal arises from an action by the United States Department of Justice (DOJ) against Arizona Secretary of State Adrian Fontes alleging that Secretary Fontes violated Title III of the Civil Rights Act of 1960, 52 U.S.C. 20701 *et seq.*, which requires state election officials

to retain certain federal election records and allows the federal government to demand such records.

2. On June 12, 2026, the United States moved to hold the briefing schedule in this appeal in abeyance pending the resolution of *United States v. Oregon*, No. 26-1231 (9th Cir. argued May 19, 2026), and *United States v. Weber*, No. 26-1232 (9th Cir. argued May 19, 2026), appeals that present substantially the same legal issues as the present appeal.

3. On June 22, 2026, this Court granted the United States's Motion, stayed these proceedings until resolution of the *Oregon* and *Weber* appeals, and ordered the United States to file a status report by September 14, 2026, and every 90 days thereafter while the *Oregon* and *Weber* appeals remain pending.

4. As of September 14, 2026, the *Oregon* and *Weber* appeals remain pending before this Court.

## CONCLUSION

Therefore, these proceedings should remain stayed pending resolution of *United States v. Oregon*, No. 26-1231 (9th Cir. argued May

19, 2026), and *United States v. Weber*, No. 26-1232 (9th Cir. argued May 19, 2026).

Respectfully submitted,

HARMEET K. DILLON
Assistant Attorney General

ERIC A. SELL
Deputy Assistant Attorney General

s/ Andrew G. Braniff
ANDREW G. BRANIFF
MEREDITH L. BAKER
Attorneys
Department of Justice
Civil Rights Division
Appellate Section
Ben Franklin Station
P.O. Box 14403
Washington, D.C. 20044-4403
(202) 532-3528

Date: September 14, 2026